## SILVERMAN v. CHARLES JACOBS CO.

(Supreme Court, Appellate Term, First Department. April 14, 1914.)

JUDGMENT (§ 126*)—DEFAULT—INQUEST.

    A judgment for plaintiff on defendant's default will be reversed, where the testimony on the inquest did not disclose a cause of action, without reference to the merits of defendant's motion to open its default.

    [Ed. Note.—For other cases, see Judgment, Cent. Dig. §§ 223, 224, 228–230; Dec. Dig. § 126.*]

Appeal from Municipal Court, Borough of Manhattan, Seventh District.

Action by Julius Silverman against the Charles Jacobs Company. From a Municipal Court order denying defendant's motion to open its default, and from a judgment in favor of plaintiff on an inquest taken by the court without a jury, defendant appeals. Appeal from judgment dismissed, and order reversed.

Argued March term, 1914, before SEABURY, LEHMAN, and BIJUR, JJ.

Engel Bros., of New York City, for appellant.

Henry Salant, of New York City, for respondent.

PER CURIAM. It is unnecessary to pass upon the merits of the motion to open defendant's default, as the order must be reversed, and a new trial ordered, with costs to appellant to abide the event, because the testimony on the inquest did not disclose a cause of action against the defendant. Appeal from judgment dismissed.